# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:25-cr-00177 |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| vs. | ) | ORDER |
| EDIL A. MARTINEZ-PADILLA, | ) |  |
| Defendant. | ) |  |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Amanda M. Knapp regarding the change of plea hearing of Defendant Edil A. Martinez-Padilla which was referred to the Magistrate Judge with the consent of the parties.

On April 16, 2025, the Government filed a one count Indictment, charging Defendant Edil A. Martinez-Padilla with Illegal Reentry of Removed Alien, in violation of Title 8 U.S.C. §§ 1326(a) and (b)(1). Defendant Edil A. Martinez-Padilla was arraigned on May 2, 2025, and Magistrate Judge Amanda M. Knapp received Defendant Edil A. Martinez-Padilla's plea of guilty to Count 1 of the Indictment, approved Defendant's Waiver of Rights Pursuant to Fed.R.Crim.P. 32 and LCrR 32, and issued the R&R, concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Edil A. Martinez-Padilla is found to be competent to enter a plea and to understand his

constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds that Defendant's plea of guilty was entered knowingly, intelligently, and voluntarily.

Therefore, Defendant Edil A. Martinez-Padilla is adjudged guilty of Count 1 of the Indictment with Illegal Reentry of Removed Alien, in violation of Title 8 U.S.C. §§ 1326(a) and (b)(1). This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report. Sentencing will take place on July 7, 2025, at 11:00 a.m. in Courtroom 17B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

                                                                              *s/ David A. Ruiz*    6/19/2025
                                                                              DAVID A. RUIZ
                                                                              UNITED STATES DISTRICT JUDGE